1  ADAM PAUL LAXALT
   Attorney General
2  IAN E. CARR, Bar No. 13840
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*
   *Tara Carpenter, E.K. McDaniel,*
8  *and Mark Sorci*



```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

            OCT 30 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| JAMES M. PINEDA, | Case No. 3:17-cv-00196-RCJ-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| E.K. MCDANIEL, et al., | |
| Defendants | |

Defendants, Tara Carpenter, E.K. McDaniel, and Mark Sorci (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submit their Motion for Extension of Time to File a Responsive Pleading. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  **ARGUMENT**

Defendants respectfully request a thirty (30) day extension of time out from the current deadline (October 29, 2018) to file a responsive pleading in this case. Counsel for Defendants is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time to file a responsive pleading in this case.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough response to Plaintiff's allegations. The requested thirty (30) day extension of time should permit Defendants time to adequately research and respond to Plaintiff's allegations. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to file a responsive pleading in this case, with a new deadline to and including Wednesday, November 28, 2018.

DATED this 29th day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
IAN E. CARR
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

*[signature]*
U.S. MAGISTRATE JUDGE
DATED: 10/30/2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of October, 2018, I caused a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

JAMES M. PINEDA #1056175
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General