# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES M. PINEDA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　　Defendants. | 3:17-cv-00196-RCJ-CBC<br><br>ORDER |

On August 2, 2019, the District Court entered an order directing the Plaintiff to file an updated address with the Court within thirty (30) days from the date of that order. (ECF No. 36.) The District Court also ordered that, if the Plaintiff failed to timely comply with the order, the case would be dismissed with prejudice. (*Id.*) The thirty (30) day deadline for the Plaintiff to comply with the District Court's Order was September 1, 2019. As of today's date, Plaintiff has failed to file an updated address with the Court.

**IT IS HEREBY ORDERED** that Plaintiff's case is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk **ENTER JUDGMENT** and close this case.

**IT IS SO ORDERED** this 6th day of September, 2019.

_____
**ROBERT C. JONES, Senior District Judge**